DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO BERNAL-HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERTO BERNAL-HERRERA, )<br>)<br>Defendant. )<br>)<br>_____ ) | NO. 1:07-cr-00163 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON<br><br>Date:  October 19, 2007<br>Time:  9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for September 14, 2007, **may be continued to October 19, 2007 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and further investigation prior to hearing, preparation of a presentence investigation report, and time for receipt of a plea offer from the government and time for review with defendant prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: September 11, 2007   By   /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 11, 2007   By   /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
ROBERTO BERNAL-HERRERA

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv). Good cause exists for the reasons stated in the stipulation for the continuance and the exclusion of time.

IT IS SO ORDERED.

**Dated:   September 12, 2007**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing; and [Proposed] Order Thereon            2