DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERTO BERNAL-HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00163 LJO |
| Plaintiff, | STIPULATION TO ADVANCE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| ROBERTO BERNAL-HERRERA, | Date:  October 12, 2007<br>Time:  9:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for October 19, 2007, **may be advanced to October 12, 2007 at 9:00 a.m.**

The continuance is at the request of defense counsel to allow for continuity of counsel because he is scheduled to be out of his office on October 19, 2007, the date now set for hearing, to attend a training conference in Sacramento, California.  Due to scheduling conflicts on the part of counsel for both parties on dates subsequent to the present hearing date, they would prefer to advance the hearing one week rather than request that the hearing be set out over a month.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                   McGREGOR M. SCOTT
                   United States Attorney

DATED: September 27, 2007      By /s/ Ian L. Garriques
                   IAN L. GARRIQUES
                   Assistant United States Attorney
                   Attorney for Plaintiff

                   DANIEL J. BRODERICK
                   Federal Defender

DATED: September 27, 2007      By /s/ Marc Days
                   MARC DAYS
                   Assistant Federal Defender
                   Attorney for Defendant
                   ROBERTO BERNAL-HERRERA

**ORDER**

**Good cause exists for the change in the date set for the upcoming hearing.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   September 28, 2007**      /s/ Lawrence J. O'Neill
                   UNITED STATES DISTRICT JUDGE